Steven H. Schultz, Esq.   SBN 163543
**LAW OFFICES OF STEVEN H. SCHULTZ**
701 Howe Avenue, Suite A3
Sacramento, CA  95825
Phone:  916-922-2310
Fax:  916-922-1921
*steve@schultzinjurylaw.com*

Attorney for Plaintiff

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JUL 12 2018

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| BRENDA HOWARD, <br><br> Plaintiff, <br><br> vs. <br><br> KING'S AUTO OUTLET; LES SCHWAB TIRE CENTERS; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.:  3:18-cv-00182-LRH-VPC <br><br> **REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE SCHEDULING CONFERENCE** <br><br> DATE:  July 19, 2018 <br> TIME:  10 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Counsel for plaintiff, BRENDA HOWARD, hereby requests permission to appear telephonically at the Joint Status Conference scheduled for July 19, 2018 at 10 a.m. before the Honorable Valerie P. Cooke.

Mr. Schultz can be reached at (916)922-2310.

DATED: July 11, 2018                             /s/Steven H. Schultz

IT IS SO ORDERED                                 STEVEN H. SCHULTZ, ESQ.
                                                 Attorney for Plaintiff
_____
U.S. MAGISTRATE JUDGE

DATED: July 12, 2018

-1-