UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRENDA HOWARD,

Plaintiff,

vs.

MMK ENTERPRISES, LLC., dba KING'S AUTO OUTLET; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 3:18-cv-00182-LRH-CBC

**STIPULATION AND ORDER DISMISSING DEFENDANT MMK ENTERPRISES, LLC dba KING'S AUTO OUTLET WITH PREJUDICE**

Pursuant to Nevada Rule of Civil Procedure 41(a)(1), Plaintiff, BRENDA HOWARD, by and through her attorney of record, Steven H. Schultz, Esq. of Law Office of Steven H. Schultz, and Defendant, MMK ENTERPRISES, LLC., dba KING'S AUTO OUTLET, hereby stipulate and agree that MMK ENTERPRISES, LLC., dba KING'S AUTO OUTLET shall be dismissed from this action, with prejudice, in its entirety, with all parties to bear their own fees and costs.

| | | |
|---|---|---|
| DATED: December 5, 2018 | | LAW OFFICE OF STEVEN H. SCHULTZ |

*/s/ Steven H. Schultz*

STEVEN H. SCHULTZ, ESQ.
California Bar No. 163543
701 Howe Avenue, Suite A3
Sacramento, CA 95825
(916)922-2310
steve@schultzinjurylaw.com
Attorney for Plaintiff

DATED: December ___, 2018        BREMER WHYTE BROWN & O'MEARA LLP

_____

JUSTIN VANCE, ESQ.
Nevada Bar No. _____
50 West Liberty, Suite 1030
Reno, NV 89501

| | |
|---|---|
| 1  DATED: December ___, 2018 | LAW OFFICE OF STEVEN H. SCHULTZ |
| 2 | |
| 3 | |
| 4 | |
| 5 | STEVEN H. SCHULTZ, ESQ. |
| 6 | California Bar No. 163543 |
| 7 | 701 Howe Avenue, Suite A3 |
| 8 | Sacramento, CA 95825 |
| 9 | (916)922-2310 |
| 10 | steve@schultzinjurylaw.com |
| 11 | Attorney for Plaintiff |
| 12 | |
| 13  DATED: December 12th, 2018 | BREMER WHYTE BROWN & O'MEARA LLP |
| 14 | |
| 15 | |
| 16 | *[signature]* |
| 17 | JUSTIN VANCE, ESQ. |
| 18 | Nevada Bar No. 11306 |
| 19 | 50 West Liberty, Suite 1030 |
| 20 | Reno, NV 89501 |
| 21 | Attorney for MMK Enterprises, LLC |
| 22 | dba King's Auto Outlet |

**SEE ORDER NEXT PAGE**

## ORDER

IT IS SO ORDERED.

DATED this 14th day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE